75 A.3d 1157

GARDEN STATE EQUALITY, ET AL., PLAINTIFFS–
RESPONDENTS, v. PAULA DOW, ET AL.,
DEFENDANTS–MOVANTS.

October 11, 2013.

This matter having been duly presented to the Court, and plaintiffs having consented to the requested relief, it is ORDERED that defendants' motions for relaxation of the Rules of Court and for direct certification are granted.